519 A.2d 202

**Julian I. RICHARDS**

v.

**David B. NICHOLSON, Pers. Rep. of the Estate of Elizabeth Ann Richards, Deceased.**

**No. 90, Sept. Term, 1986.**

Court of Appeals of Maryland.

Jan. 8, 1987.

Peter R. Hartogensis, Rockville, for appellant.

Robert W. Keene, Jr. (James J. Cromwell and Beckett, Cromwell & Myers, P.A., on the brief), Bethesda, for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 8th day of January, 1987

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed as being improvidently granted. Costs to be paid by the appellant. Mandate shall issue forthwith.